# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0974
_____

RAYL LYNN KELLAR,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

April 25, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rayl Lynn Kellar, pro se, Appellant.

Ashley Moody, Attorney General, and Clarissa Virginia Jimenez, Senior Assistant Attorney General, Tallahassee, for Appellees.